**Electronically Filed
Supreme Court
SCAD-19-0000144
23-FEB-2021
08:11 AM
Dkt. 52 ORD**

SCAD-19-0000144

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

RICHARD T. MIYAO,
Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 17-O-059)

ORDER
(By: Recktenwald, C.J., Nakayama, Wilson, and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judge Wadsworth,
in place of McKenna, J., recused)

Upon consideration of the February 16, 2021 motion, filed by Bradley Tamm, as Trustee Administrator at the Office of Disciplinary Counsel (ODC), for permission from this court to apply the provisions of Rule 2.20(h)(7) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) (2021) to the remaining, unclaimed client files from the law practice of attorney Richard T. Miyao, and upon a review of the record in this matter, we conclude that, in light of the successful efforts undertaken to notify former clients of the existence of client

files and of the necessity of retrieving those files, no further purpose would be served by retaining the remaining, unclaimed files pursuant to RSCH Rule 2.20(d)(1984).  Therefore,

IT IS HEREBY ORDERED that Trustee Administrator Tamm may apply the provisions of RSCH Rule 2.20(h) (2021) as appropriate to ensure the proper retention of legally operative original documents and other items of value from the files, and the secure destruction of the remaining materials.

DATED: Honolulu, Hawai'i, February 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson



/s/ Todd W. Eddins

/s/ Clyde J. Wadsworth